AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

MICHAEL WEBB, 90-A-4906          **JUDGMENT IN A CIVIL CASE**
                                                           CASE NUMBER: 01-CV-149 E(Sc)

       v.

DONALD SELSKY, et al.,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED, that the Court finds it appropriate to dismiss this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because plaintiff has failed to prosecute this action; it is ORDERED that this action is DISMISSED.

Date: June 1, 2005                                        RODNEY C. EARLY, CLERK

                                                                       /S/ Denise Collier
                                                                          Deputy Clerk